UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2·16·17
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                CASE NO. 3:17-cr-27-J-20MCR

STEPHEN MICHAEL MANNING
  a/k/a "Casper"

## MOTION FOR CAPIAS

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for STEPHEN MICHAEL MANNING a/k/a "Casper," against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: *Kelly S. Karase*
KELLY S. KARASE
Assistant United States Attorney
USA No. 134
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:   (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:   Kelly.Karase@usdoj.gov