**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

**STEPHEN MICHAEL MANNING**
 a/k/a "Casper"

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

**CASE NO.  3:17-cr-27-J-20MCR**

Upon oral motion of the Government to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that an arraignment/detention hearing is set for **February 28, 2017** at **4:00 P.M.** before the Honorable **Monte C. Richardson, United States Magistrate Judge** in **Courtroom No. 5C, Fifth Floor**, **300 North Hogan Street, Jacksonville, Florida.**  Pending this hearing the Defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: February 23, 2017

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Karase)
Gene Moss, Esquire
U.S. Marshal
U.S. Pretrial Services