**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

VS.                                         CASE NO: 3:17-cr-27-J-20MCR

STEPHEN MICHAEL MANNING
JESSE RAY ADAWAY

| JUDGE: | Harvey E. Schlesinger | COUNSEL FOR GOVERNMENT | JULIE HACKENBERRY |
|---|---|---|---|
| DEPUTY CLERK: | Marsha Grant | COUNSEL FOR DEFENDANTS: | GENE MOSS<br>KENNETH BOSTON |
| COURT REPORTER | Helen Anderson/Cornerstone | PRETRIAL/PROBATION | |
| DATE<br>TIME<br>TOTAL | April 19, 2017<br>2:38 p.m. – 2:43 p.m.<br>5 minutes | Interpreter | |

**MINUTES ON STATUS CONFERENCE**

The Defendants jointly move to continue trial.

The Government has no objection to the continuance

Ore Tenus Joint Motion to continue trial is **GRANTED**.

CASE RESET:
Status:         **Friday, July 14, 2017 at 9:30 a.m.**
Trial Term:  **Monday, August 7, 2017 at 9:30 a.m.**