UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:17-cr-27-J-20MCR

STEPHEN MICHAEL MANNING
JESSE RAY ADAWAY

### ORDER

Before the Court is the Defendants' Ore Tenus Joint Motion to Continue Trial, filed in open court on April 19, 2017. The Government has no objection to this continuance. Upon consideration, this Court finds: (1) that the Defendants have shown satisfactory grounds for such continuance; (2) that accordingly such continuance will serve the interests of justice to allow defense counsel to investigate this case and prepare for the trial; (3) that the continuance requested by the Defendants is advantageous to both Defendants and the Government; (4) such continuances are in the interest of justice and excludable under the Speedy Trial Act; and (5) the continuance will allow the Defendants a chance to cooperate with the Government and resolve the case.

Accordingly it is ORDERED:

1. The Defendants' Ore Tenus Joint Motion to Continue Trial is **GRANTED**;

2. The Defendants herein are rescheduled for status conference on **Friday, July 14, 2017 at 9:30 a.m.**, and jury trial set for trial term commencing on **Monday, August 7, 2017 at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street,

Jacksonville, Florida;

**DONE AND ORDERED** at Jacksonville, Florida, this ___19___ day of April, 2017.

                                                              _____
                                                              HARVEY E. SCHLESINGER
                                                              United States District Judge

Copy to:   Kelly Karase, Esq.
               Gene Thomas Moss, Esq.
               Kenneth Boston, Esq.
               U.S. Marshal
               U.S. Probation