# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

---

## UNITED STATES OF AMERICA

## VS.                                                   CASE NO: 3:17-cr-27-J-20MCR

## STEPHEN MICHAEL MANNING

| JUDGE: | Harvey E. Schlesinger | COUNSEL FOR GOVERNMENT | JULIE HACKENBERRY |
|---|---|---|---|
| DEPUTY CLERK: | Marsha Grant | COUNSEL FOR DEFENDANTS: | GENE MOSS |
| COURT REPORTER | Cindy Packevicz Jarriel | PRETRIAL/PROBATION | |
| DATE TIME TOTAL | July 12, 2017 2:37 p.m. – 2:40 p.m. 3 minutes | Interpreter | |

## MINUTES ON STATUS CONFERENCE

The Defendant moves to continue trial.

The Government has no objection to the continuance

Ore Tenus Motion to continue trial is **GRANTED**.

CASE RESET:
Status:          **Wednesday, August 16, 2017 at 2:30 p.m.**
Trial Term:     **Monday, September 11, 2017 at 9:30 a.m.**