UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 3:17-cr-27-J-20MCR

STEPHEN MICHAEL MANNING

**ORDER**

Before the Court is the Defendant's <u>Ore Tenus</u> Motion to Continue Trial, filed in open court on July 12, 2017. The Government has no objection to this continuance. Upon consideration, this Court finds: (1) that the Defendant has shown satisfactory grounds for such continuance; (2) that accordingly such continuance will serve the interests of justice to allow defense counsel to investigate this case and prepare for the trial; (3) that the continuance requested by the Defendant is advantageous to both Defendant and the Government; (4) such continuances are in the interest of justice and excludable under the Speedy Trial Act; and (5) the continuance will allow the Defendant a chance to enter a plea before the Magistrate Judge.

Accordingly it is ORDERED:

1. The Defendant's <u>Ore Tenus</u> Motion to Continue Trial is **GRANTED**;

2. The Defendant herein is rescheduled for status conference on **Wednesday, August 16, 2017 at 2:30 p.m.**, and jury trial set for trial term commencing on **Monday, September 11, 2017 at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida;

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of July, 2017.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    Kelly Karase, Esq.
            Gene Thomas Moss, Esq.
            U.S. Marshal
            U.S. Probation