UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.   3:17-cr-27-J-20MCR

STEPHEN MICHAEL MANNING
    a/k/a "Casper"

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Consent Motion for Preliminary Order of Forfeiture, (Doc. 51), as to a Glock 35 .40 caliber handgun, serial number KSP780164, with magazine and ammunition, which, upon entry, shall become a final order of forfeiture as to Defendant Stephen Michael Manning a/k/a "Casper."

The Court, being fully advised in the premises, finds that the United States has established the requisite nexus between the Glock firearm with magazine and ammunition and the violation charged in Count One of the Indictment, (Doc. 1), for which the defendant pled guilty. (Doc. 45).  Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that for good cause shown, the United States' motion, (Doc. 51), is **GRANTED**.

IT IS FURTHER ORDERED that, pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Fed. R. Crim. P., all right, title and interest of the defendant in the Glock firearm with magazine and ammunition is hereby **CONDEMNED** and

FORFEITED to the United States for disposition according to law.

It is **FURTHER ORDERED** that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the Glock firearm with magazine and ammunition and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Jacksonville, Florida, this 2**ar** day of September, 2017.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Bonnie Glober, AUSA
Kelly Karase, AUSA
Kenneth Boston, Esq.